FILED
June 30, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT
1:22-cv-0099

To Whom It may concern I am being tortured and Treated Very Cruel here on The Robertson unit. I am Transgender and I have had Several of my rights Violated. I am Safekeeping status P-2 and housed around violent Inmates and my saftey is at Risk being around these offenders and I brought It to officials attention of that being a saftey Issue. I been getting sexually harrased by Staff here and my 8th amendment right has been Violated. I am not being protected I wrote P.r.e.a. and still NO Response. This Happened on the 26th of June and is still going on Til this day. This is an Emergency. Please help me as I am not being feed food and being retaliated against

Billy Mack #2381896
Robertson unit
12071 F.M. 3522
Abilene TX, 79601

ABILENE TX 795
28 JUN 2022 PM 1 L

U.S. District court
Northern District of Texas
341 Pine St. Room 2008,
Abilene, TX 79601

Legal mail

Legal mail

Legal mail

RECEIVED
JUN 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORR.
INSTITUTIONS