IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BILLY MACK,<br>Institutional ID No. 2381896<br><br>  Plaintiff,<br><br>v.<br><br>FNU FRANK, *et al.*,<br><br>  Defendants. | § § § § § § § § § § § § | Civil Action No. 1:22-CV-00099-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Billy Mack's Amended Complaint, and all claims alleged therein, are DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

ENTERED this 22nd day of May 2024.

                  _____
                  JOHN R. PARKER
                  UNITED STATES MAGISTRATE JUDGE